UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:09-CV-122-F

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| CARTER BEHAVIOR HEALTH SERVICES, INC., | ) ) ) ) | |
| Defendant. | ) | |

This matter is before the court for consideration of the Memorandum and Recommendation ("M&R")[DE-61] filed by United States Magistrate Judge Robert B. Jones, Jr., on the motion for default judgment [DE-61] filed by Plaintiff Equal Employment Opportunity Commission ("EEOC"). Neither Plaintiff nor Defendant has filed an objection thereto.[1]

After an independent review of the Magistrate Judge's thorough M&R and a *de novo* review of the record, the court concludes that the M&R is correct and in accordance with the law. Accordingly, the court hereby ADOPTS the Magistrate Judge's M&R, and ORDERS that Plaintiff's motion for default judgment [DE-61] is ALLOWED.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff is entitled to compensatory damages in the amount of $60,000.00 on behalf of Dionnie Jiles;

---

[1] The Clerk of Court mailed the M&R to the address on file for Defendant Carter Behavior Services, Inc., ("Carter") and to an address found on mail which was returned to the court.

2. Plaintiff is entitled to compensatory damages in the amount of $80,000.00 on behalf of Adrian Stocks;

3. Plaintiff is entitled to compensatory damages in the amount of $30,000.00 on behalf of Nicole Phillips; and

4. Plaintiff is entitled to compensatory damages in the amount of $25,000.00 on behalf of Leslie Amyette.

The Clerk of Court is DIRECTED to close this case.

SO ORDERED.

This the 3 day of November, 2011.

*James C. Fox*
James C. Fox
Senior United States District Judge