UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY )<br>COMMISSION, )<br>        Plaintiff, )<br> )<br>v. )<br> )<br> )<br> )<br>CARTER BEHAVIOR HEALTH )<br>SERVICES, INC., )<br>        Defendant. ) | **JUDGMENT**<br><br>No. 4:09-CV-122-F |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for consideration of the Memorandum and Recommendation ("M&R") filed on the motion for default judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** that the M&R is correct and in accordance with the law. Accordingly the court ADOPTS the Magistrate Judge's M&R, and ORDERS that Plaintiff's motion for default judgment is ALLOWED. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on November 3, 2011 and Copies To:**

Amy E. Garber (via CM/ECF Notice of Electronic Filing)
Carter Behavior Health Services, Inc. (via U.S. Mail), 1708 E. Arlington Blvd., Greenville, NC 27858
Terry Speller (via U.S. Mail), 1708 E. Arlington Blvd., Greenville, NC 27858

DATE                                 DENNIS P. IAVARONE, CLERK
November 3, 2011                /s/ Susan K. Edwards
                                          (By) Susan K. Edwards, Deputy Clerk